**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | **CHAPTER 7** |
| | : | |
| **RITA M. MELVIN** | : | **BANKRUPTCY NO. 25-12195 (DJB)** |
| **a/k/a RITA M. RUSDEN MELVIN** | : | |
| **a/k/a RITA R. MELVIN** | : | |
| | : | |
| **Debtor** | : | |
| | : | |
| | : | |
| **CHRISTINE C. SHUBERT, in her** | : | |
| **capacity as the Chapter 7 Trustee for the** | : | |
| **Estate of RITA M. MELVIN a/k/a RITA** | : | |
| **M. RUSDEN MELVIN a/k/a RITA R.** | : | |
| **MELVIN** | : | |
| | : | |
| **Plaintiff** | : | |
| | : | |
| v. | : | **ADVERSARY NO. 25-** |
| | : | |
| **ROBERT ANGELI** | : | |
| | : | |
| **Defendant** | : | |
| | : | |

**COMPLAINT OF CHRISTINE C. SHUBERT, CHAPTER 7
TRUSTEE, TO AVOID AND RECOVER FRAUDULENT
TRANSFERS PURSUANT TO 11 U.S.C. §§ 548 AND 550**

Christine C. Shubert, Chapter 7 Trustee (the "Trustee" and "Plaintiff") for the estate of Rita

M. Melvin a/k/a Rita M. Rusden Melvin a/k/a Rita R. Melvin (the "Debtor"), by and through her

counsel, Karalis PC, hereby brings this Complaint against Robert Angeli (the "Defendant"), and

in support thereof, respectfully avers as follows:

**JURISDICTION AND VENUE**

1.      The Plaintiff brings this adversary proceeding pursuant to and under Rule 7001 of

the Federal Rules of Bankruptcy Procedure, seeking relief pursuant to, *inter alia*, Sections 548 and

550 of Title 11 of the United States Code (the "Bankruptcy Code") to avoid and recover fraudulent

transfers made to the Defendant.

2.      The Court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C. §§ 157 and 1334.    This adversary proceeding is a "core" proceeding pursuant to 28 U.S.C. § 157(b)(2)(A), (H) and (O).

3.      Venue of this adversary proceeding is proper in the Eastern District of Pennsylvania pursuant to 28 U.S.C. § 1409(a).

4.      The Court has personal jurisdiction over the Defendant pursuant to Fed. R. Bankr. P. 7004 and because the Defendant transacted and did business with the Debtor prior to the Petition Date (as defined hereinafter).

## PARTIES

5.      The Plaintiff is the duly qualified and acting Chapter 7 Trustee in this bankruptcy proceeding.

6.      The Defendant is an individual residing at 2398 Greensward North, Warrington, PA 18976-2086.

7.      The Defendant is the Debtor's former boyfriend.

## STATEMENT OF FACTS

**A.    Procedural Background.**

8.      On May 31, 2025 (the "Petition Date"), the Debtor filed for protection under Chapter 7 of the Bankruptcy Code.

9.      On June 2, 2025, the Trustee was appointed which appointment remains in effect.

**B.    Real Property Previously Co-Owned by the Debtor and the Transfers.**

10.     By deed dated September 24, 2021 and recorded on September 28, 2021 (the "2021

2

Deed"), the Defendant and the Debtor purchased residential real property located at 2398

Greensward North, Warrington, PA 18976-2086 (the "Property").

11.     The Property was co-owned by the Defendant and the Debtor as joint tenants with

the right of survivorship.

12.     Upon information and belief, in July of 2024, the Defendant and the Debtor entered

into an oral agreement (the "Oral Agreement Transfer") whereby the Defendant would purchase

the Debtor's interest in the Property for the sum of $40,000.00 (the "Purchase Price").

13.     In connection with the Oral Agreement Transfer, the Defendant paid the Debtor the

aggregate sum of $23,000.00 in July and August of 2024 on account of the Purchase Price.

14.     On September 10, 2024, the Oral Agreement Transfer was reduced to writing by

the Agreement between Robert Angeli and Rita M. Rusden Melvin (the "Written Agreement

Transfer", and together with the Oral Agreement Transfer, the "Agreement Transfers").   The

Written Agreement Transfer is attached hereto as Exhibit "A" and made a part hereof.

15.     In accordance with the terms of the Agreement Transfers, the Defendant paid the

Debtor the balance of the Purchase Price in the amount of $17,000.00 on September 10, 2024 and

the Property was transferred (the "Property Transfer", and together with the Agreement Transfers,

the "Transfers") from the Defendant and the Debtor solely to the Defendant by way of a deed dated

September 10, 2024 and recorded on September 12, 2024 (the "2024 Deed").   The 2024 Deed is

attached hereto as Exhibit "B" and made a part hereof.

16.     At the time of the Transfers, the Property had a fair market value of at least

$715,000.00 with a mortgage balance of approximately $509,000.00.   The Appraisal of Real

Property as of August 2, 2024 and the mortgage statement dated September 3, 2024 are attached

3

hereto as Exhibits "C" and "D", respectively, and made a part hereof.

17.    The 2021 Deed with the joint tenancy with the right of survivorship language operated to convey a one-half interest to the Debtor in the Property.

18.    As such, at the time of the Transfers, the Debtor should have received the sum of at least $103,000.00 which was fifty percent (50%) of the equity in the Property.

19.    The Debtor had no non-exempt assets at the time of the Transfers.

20.    A vast majority of the Debtor's creditors were creditors at the time of the Transfers and as of the Petition Date.   These creditors include, but are not limited to, Capital One, Chase Bank, Citi Cards, Comenity Bank, Discover, and PNC Bank.

21.    The Declaration of the Plaintiff is Support of this Complaint is attached hereto as Exhibit "E" and made a part hereof.

### COUNT I

### To Avoid Actual Fraudulent Transfers Pursuant to 11 U.S.C. § 548

22.    The Plaintiff repeats and realleges each and every allegation contained in paragraph 1 through 21 hereof as if fully set forth herein at length.

23.    As set forth herein, the Debtor should have received the sum of at least $103,000.00 as a result of the Transfers.   That being said, she only received the sum of $40,000.00.

24.    The 2021 Deed with the right of survivorship language operated to convey a one-half interest to the Debtor in the Property.

25.    The Bankruptcy Code, at 11 U.S.C. § 548(a)(1)(A), empowers bankruptcy trustees to avoid actual fraudulent transfers made from a debtor to other entities:

(a)(1)  The trustee may avoid any transfer (including any transfer to or for the benefit of an insider under an employment contract) of an interest of the debtor in property, or any obligation (including any obligation to or for the benefit of an

4

insider under an employment contract) incurred by the debtor, that was made or incurred on or within 2 years before the date of the filing of the petition, if the debtor voluntarily or involuntarily —

> **(A)**    made such transfer or incurred such obligation with actual intent to hinder, delay, or defraud any entity to which the debtor was or became, on or after the date that such transfer was made or such obligation was incurred, indebted . . .

*See*, 11 U.S.C. § 548(a)(1)(A).

26.    In this action, a review of the present set of facts shows that the Plaintiff is empowered to pursue claims for fraudulent transfers on behalf of the Debtor's estate.

27.    In this action, a review of the present set of facts shows that the fraudulent transfer claims being pursued by the Plaintiff occurred within the time-limitation periods prescribed in 11 U.S.C. § 548(a)(1).   The Transfers occurred less than two (2) years prior to the Petition Date.

28.    As already stated, a review of the present set of facts clearly and convincingly demonstrates that the Debtor made the Transfers to the Defendant.

29.    Specifically, a review of the present set of facts clearly and convincingly demonstrates that the Transfers constituted a transfer of an interest of the Debtor in property.

30.    This being so, the Plaintiff believes and therefore avers that the Debtor made the Transfers to the Defendant with actual intent to hinder, delay or defraud her creditors in accordance with 11 U.S.C. § 548(a)(1)(A).

31.    The Plaintiff believes and therefore avers that the actual intent of the Debtor to hinder, delay or defraud her creditors is clearly and convincingly demonstrated by the following facts and circumstances identified below:

> (a)    The Debtor did not receive reasonably equivalent value for the Transfers;

5

(b)     The Defendant is a non-statutory insider of the Debtor;

(c)     The Defendant was the Debtor's former boyfriend;

(d)     The Property was the only non-exempt asset owned by the Debtor;

(e)     The Transfers occurred when the Debtor was having financial difficulties; and

(f)     The Transfers occurred at a time when the Debtor was insolvent or likely to become insolvent as a result of the Transfers.

32.     In short, the Plaintiff believes and therefore avers that the Debtor intended, believed, or reasonably should have believed that by making the Transfers to the Defendant she would be unable to meet his obligations to her creditors.

**WHEREFORE**, the Plaintiff respectfully demands judgment in her favor and against the Defendant in accordance with 11 U.S.C. § 548(a)(1)(A) as follows:

(a)     Declaring that the Transfers be set aside and declared void;

(b)     Preserving the voided transfers for the benefit of the Debtor's estate under 11 U.S.C. § 551;

(c)     Awarding the Plaintiff her costs and reasonable attorneys' fees;

(d)     Awarding pre-judgment and post-judgment interest and

(e)     Granting such other relief as this Honorable Court deems just and appropriate.

## COUNT II

## To Avoid Constructive Fraudulent Transfers Pursuant to 11 U.S.C. § 548

33.     The Plaintiff repeats and realleges each and every allegation contained in paragraph 1 through 32 hereof as if fully set forth herein at length.

6

34.     As set forth herein, the Debtor should have received the sum of at least $103,000.00 as a result of the Transfers.   That being said, she only received the sum of $40,000.00.

35.     The 2021 Deed with the joint tenancy with the right of survivorship language operated to convey a one-half interest to the Debtor in the Property.

36.     The Bankruptcy Code, at 11 U.S.C. § 548(a)(1)(B), empowers bankruptcy trustees to avoid constructive fraudulent transfers made from a debtor to other entities:

> **(a)(1)**   The trustee may avoid any transfer (including any transfer to or for the benefit of an insider under an employment contract) of an interest of the debtor in property, or any obligation (including any obligation to or for the benefit of an insider under an employment contract) incurred by the debtor, that was made or incurred on or within 2 years before the date of the filing of the petition, if the debtor voluntarily or involuntarily —
>
> . . .
>
> > **(B)(i)**   received less than a reasonably equivalent value in exchange for such transfer or obligation; and
> >
> > > **(ii)(I)**   was insolvent on the date that such transfer was made or such obligation was incurred, or became insolvent as a result of such transfer or obligation;
> > >
> > > **(II)**     was engaged in business or a transaction, or was about to engage in business or a transaction, for which any property remaining with the debtor was an unreasonably small capital;
> > >
> > > **(III)**    intended to incur, or believed that the debtor would incur, debts that would be beyond the debtor's ability to pay as such debts matured; or
> > >
> > > **(IV)**    made such transfer to or for the benefit of an insider, or incurred such obligation to or for the benefit of an insider, under an employment contract and not in the ordinary course of business . . .

*See*, 11 U.S.C. § 548(a)(1)(B).

37.     In this action, a review of the present set of facts shows that the Plaintiff is empowered to pursue claims for fraudulent transfers on behalf of the Debtor's estate.

38.     In this action, a review of the present set of facts shows that the fraudulent transfer claims being pursued by the Plaintiff occurred within the time-limitation periods prescribed in 11

U.S.C. § 548(a)(1).   The Transfers occurred less than two (2) years prior to the Petition Date.

39.   As already stated, a review of the present set of facts affirmatively demonstrates that the Debtor made the Transfers to the Defendant.

40.   Specifically, a review of the present set of facts affirmatively demonstrates that the Transfers constituted a transfer of an interest of the Debtor in property.

41.   This being so, the Plaintiff believes and therefore avers that the Transfers were made for less than a reasonably equivalent value at a time when the Debtor was insolvent, or likely to become insolvent as a result of the transfer.

42.   In like manner, the Plaintiff believes and therefore avers that the Transfers were made for less than a reasonably equivalent value at a time when the Debtor was engaged in, or about to be engaged in, a business or a transaction for which her remaining assets were unreasonably small capital.

43.   At the same time, the Plaintiff believes and therefore avers that the Transfers were made for less than a reasonably equivalent value at a time when the Debtor would incur debts beyond her ability to pay.

44.   Specifically, reasonably equivalent value was not provided to the Debtor as she should have received the sum of at least $103,000.00 as a result of the Transfers and only received the sum of $40,000.00.

45.   The Debtor was clearly insolvent at the time of the Transfers as they left her with no non-exempt assets and numerous debts including, but not limited, to those owed to Capital One, Chase Bank, Citi Cards, Comenity Bank, Discover, and PNC Bank.

**WHEREFORE,** the Plaintiff respectfully demands judgment in her favor and against the

Defendant pursuant to 11 U.S.C. § 548(a)(1)(B) as follows:

    (a)    Declaring that the Transfer be set aside and declared void;

    (b)    Preserving the voided transfer for the benefit of the Debtor's estate under 11 U.S.C. § 551;

    (c)    Awarding the Plaintiff her costs and reasonable attorneys' fees;

    (d)    Awarding pre-judgment and post-judgment interest and

    (e)    Granting such other relief as this Honorable Court deems just and appropriate.

## COUNT III

### To Recover the Transfers Pursuant to 11 U.S.C. § 550

46.    The Plaintiff repeats and realleges each and every allegation contained in paragraph 1 through 45 hereof as if fully set forth herein at length.

47.    The Bankruptcy Code, at 11 U.S.C. § 550, empowers bankruptcy trustees to recover avoided transfers from initial transferees and subsequent transferees.

48.    This section gives the Plaintiff the ability to recover avoided transfers or their value for the benefit of the estate, and provides, in pertinent part, as follows:

    (a)    Except as otherwise provided in this section, to the extent that a transfer is avoided under section 544, 545, 547, 548, 549, 553(b), or 724(a) of this title, the trustee may recover, for the benefit of the estate, the property transferred, or, if the court so orders, the value of such property, from —

        (1)    the initial transferee of such transfer or the entity for whose benefit such transfer was made; or

        (2)    any immediate or mediate transferee of such initial transferee.

*See*, 11 U.S.C. § 550(a).

49.    The Defendant is the initial transferee of the Transfers within the meaning of §

550(a)(1) of the Bankruptcy Code.

50.     Pursuant to § 550(a) of the Bankruptcy Code, the Plaintiff may recover, for the benefit of the Debtor's estate, the property transferred to the Defendant as described herein or the value of such property.

**WHEREFORE**, the Plaintiff respectfully demands judgment in her favor and against the Defendant pursuant to 11 U.S.C. § 550(a) as follows:

(a)     Recovering, for the benefit of the Debtor's estate, the Transfers or their value in accordance with 11 U.S.C. § 550(a)(1);

(b)     Awarding the Plaintiff her costs and reasonable attorneys' fees;

(c)     Awarding pre-judgment and post-judgment interest and

(d)     Granting such other relief as this Honorable Court deems just and appropriate.

**Respectfully submitted,**

**KARALIS PC**

By:     /s/ Robert W. Seitzer
        ROBERT W. SEITZER
        1900 Spruce Street
        Philadelphia, PA 19103
        (215) 546-4500
        rseitzer@karalislaw.com

*Attorneys for the Plaintiff/Trustee*

Dated: September 10, 2025

10

# EXHIBIT "A"

AGREEMENT

BETWEEN

ROBERT ANGELI AND RITA M. RUSDEN MELVIN

I, Robert C. Angeli, agree to the following conditions regarding the property located at 2398 Greensward
N. Warrington, PA 18976 which is jointly titled with Rita M. Rusden Melvin.

1.  Rita agrees to have her name removed from the title at no cost to her and is signing on
    September 10, 2024 with Robert at John Hartzel's Office in front of a Notary Public. In addition,
    Robert will release and indemnify Rita from any and all liability and risks including anything with
    the Recorded Mortgage Note, the Note with Bank which Robert holds and anything else related
    to the home located at 2398 Greensward N., Warrington, PA 18976;

2.  Robert agrees to pay all associated costs and fees plus the 1% title transfer tax, approximately
    $7,250. When documents are fully executed John Hartzel will have recorded with the Recorder
    of Deeds. Robert also agrees to pay any other taxes, capital gains, and any all bills related to
    2398 Greensward N., Warrington, PA 18976;

3.  Robert agrees to pay Rita $40,000 cash, upon execution of this transaction, Rita waives any
    future interest financial or otherwise to this property and will have no financial obligation in the
    event of a default by Robert;

4.  Robert paid off the security system equipment and will take over monthly monitoring when the
    account is changed into his name after Rita's personal belongings are removed from the home;

5.  Upon transfer of the security system we will give Robert all keys and garage door openers;

6.  Ownership of the mini-golden doodle, Winston will transfer to Robert.

The total compensation from Robert to Rita is $40,000.

RITA M. RUSDEN-MELVIN    Date 9/10/24          ROBERT C. ANGELI          Date 9/10/2024

COMMONWEALTH OF PENNSYLVANIA    :
                                :
COUNTY OF BUCKS                 :

On this 10th day of September, 2024, before me the undersigned officer, personally appeared Robert
Angeli and Rita M. Rusden Melvin whose names are subscribed to this Agreement, and acknowledged
that they executed the same for the purpose therein contained.

IN WITNESS WHEROF, I have hereunto set my hand and seal.

                                NOTARY PUBLIC

> Commonwealth of Pennsylvania - Notary Seal
> Donna M. Hartzel, Notary Public
> Bucks County
> My commission expires November 25, 2026
> Commission number 1067858

# EXHIBIT "B"

**BUCKS COUNTY RECORDER OF DEEDS**
55 East Court Street
Doylestown, Pennsylvania  18901
(215) 348-6209

Instrument Number - 2024037392
Recorded On 9/12/2024 At 11:34:07 AM                    *Total Pages - 6
*Instrument Type - DEED
Invoice Number - 1395420          User - JCD
* Grantor - ANGELL, ROBERT
* Grantee - ANGELL, ROBERT
*Customer - JOHN HARTZEL ESQ
*FEES

| | |
|---|---|
| STATE TRANSFER TAX | $3,627.09 |
| RECORDING FEES | $81.75 |
| CENTRAL BUCKS SCHOOL DISTRICT REALTY TAX | $1,813.55 |
| WARRINGTON TOWNSHIP | $1,813.54 |
| TOTAL PAID | $7,335.93 |

Bucks County UPI Certification
On September 12, 2024 By TF

This is a certification page

DO NOT DETACH

This page is now part
of this legal document.

RETURN DOCUMENT TO:
JOHN HARTZEL ESQ

I hereby CERTIFY that this document is
recorded in the Recorder of Deeds Office
of Bucks County, Pennsylvania.

Daniel J. McPhillips
Daniel J. McPhillips
Recorder of Deeds

* - Information denoted by an asterisk may change during
the verification process and may not be reflected on this page.

1C810A

Prepared by:  John F. Hartzel, Esq.
              PO Box 796
              Doylestown, PA 18901
              215-345-7060

Return to:    John F. Hartzel, Esq.
              PO Box 796
              Doylestown  PA 18901
              215-345-7060

Tax Parcel #: 50-021-129

RECEIVED

2024 SEP 12 P 12:06

BUCKS COUNTY
RECORDER OF DEEDS

# DEED

*This Indenture Made the* 10th day of September in the year of our Lord Two Thousand and Twenty Four (2024),

*Between*

**ROBERT ANGELI and RITA M. RUSDEN MELVIN** (hereinafter called the Grantors),

*And*

**ROBERT ANGELI** (hereinafter called the Grantee) of the other part,

*Witnesseth,* That the said Grantors, for and in consideration of the sum of One Dollar ($1.00) in hand paid, the receipt of which is hereby acknowledged, do hereby grant and convey to the said Grantee.

ALL THAT CERTAIN lot or piece of land, situate in the Township of Warrington, in the County of Bucks, and Commonwealth of Pennsylvania, bounded and described according to a "Final Plan of Section No. 2 of The Fairways," made September 7, 1965 and revised October 11, 1965 by Harris, Henry and Potter, Inc., Consulting Engineers of Buckingham, Pennsylvania, and recorded in the Office for the Recording of Deeds, in and for Bucks County, at Doylestown, Pennsylvania, in Plan Book No. 32 Page 3F, as follows, to wit:

BEGINNING at a point on the Southeasterly side of Greensward North (50 feet wide), which point being at the distance of two hundred eighty-three and four one-hundredths feet measured, North forty-six degrees eighteen minutes East along the Southeasterly side of Greensward North from a point of tangency, which point being at the arc distance of thirty-one and eighty one-hundredths feet measured Northwestwardly, Northwardly and Northeastwardly along the arc of a circle curving to the right, having a radius of thirty and zero one-hundredths feet from a point of curvature on the Northeasterly side of Greensward North; thence extending from said point of beginning, North forty-six degrees eighteen minutes East along the said Southeasterly side of Greensward North one hundred thirty-two and forty-nine one-hundredths feet to a point of curvature; thence

Northeastwardly along the Southeast side of Greensward North along the arc of a circle curving to the left, with a radius of four hundred twenty-five and zero one-hundredths feet the arc distance of twenty-five and zero one-hundredths feet to a point; thence South forty-seven degrees four minutes thirteen seconds East one hundred ninety and fifty-five one-hundredths to a point; thence South forty-six degrees eighteen minutes West one hundred sixty-eight and sixty-eight one-hundredths feet to a point; thence extending North forty-three degrees forty-two Minutes West one hundred eighty-nine and forty-nine one-hundredths feet to a point on the said Southeasterly side of Greensward North and place of beginning.

BEING Lot No. 110 as shown on the abovementioned Plan.

BUCKS COUNTY PARCEL NO. 50-021-129

UNDER AND SUBJECT to certain conditions and restrictions that may appear of record.

BEING the same premises which Athanasios A. Galavodas and Dana A. Galavodas, by Deed dated September 24, 2021 and recorded September 28, 2021, at the Office of the Recorder of Deeds In and for Bucks County, Pennsylvania under Instrument Number 2021089706 granted and conveyed to Robert Angeli and Rita M. Rusden Melvin as joint tenants with right of survivorship.

*Together* with all and singular the buildings, improvements, ways, streets, alleys, driveways, passages, waters, water-courses, rights, liberties, privileges, hereditament and appurtenances, whatsoever unto the hereby granted premises belonging, or in any wise appertaining, and the reversions and remainders, rents issues, and profit thereof, and all the estate, right, title, interest, property, claim and demand whatsoever of the said Grantors as well as law as in equity, of, in, and to the same.

*To Have and to hold* the said lot or piece of ground above described with the buildings and improvements thereon erected, hereditament and premises hereby granted, or mentioned, and intended so to be, with the appurtenances, unto the said Grantee, his heirs, successors and assigns, to and for the only proper use and behoof of the said Grantee, his heirs, successors and assigns.

*And* the Grantors, their heirs, executors and administrators do hereby covenant, promise and agree, to and with the said Grantee, his heirs, successors and assigns, by these presents, that the said Grantors and their heirs, all and singular the hereditaments and premises hereby granted or mentioned and intended so to be, with the appurtenances, unto the said Grantee, his heirs, successors and assigns, against the said Grantors and their heirs, and against all and every person and persons whomsoever lawfully claiming or

2

to claim the same or any part thereof, by, from or under the Grantors but not otherwise, shall and will SPECIALLY WARRANT and forever DEFEND.

*In Witness Whereof,* the Grantors hereunto set their hands and seals the day and year first above written.

Signed, Sealed and Delivered

Robert Angeli                                          Rita M. Rusden Melvin

ACKNOWLEDGMENT

COMMONWEALTH OF PENNSYLVANIA    :
                                                               :ss
COUNTY OF BUCKS                                  :

On this, the 10th day of September, 2024, before me the undersigned officer, personally appeared Robert Angeli, known to me to be the person whose name is subscribed to the within instrument, and acknowledged that he executed the same for the purpose therein contained.

IN WITNESS WHEREOF, I have hereunto set my hand and seal.

Commonwealth of Pennsylvania - Notary Seal
Donna M. Hartzel, Notary Public
Bucks County
My commission expires November 25, 2026
Commission number 1067858

Donna M. Hartzel
NOTARY PUBLIC

ACKNOWLEDGMENT

COMMONWEALTH OF PENNSYLVANIA    :
                                                               :ss
COUNTY OF BUCKS                                  :

On this, the 10th day of September, 2024, before me the undersigned officer, personally appeared Rita M. Rusden Melvin, known to me to be the person whose name is subscribed to the within instrument, and acknowledged that she executed the same for the purpose therein contained.

IN WITNESS WHEREOF, I have hereunto set my hand and seal.

Commonwealth of Pennsylvania - Notary Seal
Donna M. Hartzel, Notary Public
Bucks County
My commission expires November 25, 2026
Commission number 1067858

Donna M. Hartzel
NOTARY PUBLIC

The precise address of the Grantee herein is: 2398 Greensward North, Warrington, PA 18976.

Robert Angeli

3

# *D E E D*

### ROBERT ANGELI and RITA M. RUSDEN MELVIN

to

### ROBERT ANGELI

### PREMISES:

2398 Greensward North
Warrington Township
Bucks County, Pennsylvania

Prepared By

HARTZEL AND BUSH
John F. Hartzel, Esquire
110 North Main Street
P.O. Box 796
Doylestown, PA  18901
(215) 345-7060

4

**pennsylvania** DEPARTMENT OF REVENUE

(EX/MOD 06-18) (FI)

1830019105

## REV-183

BUREAU OF INDIVIDUAL TAXES
PO BOX 280603
HARRISBURG, PA 17128-0603

**REALTY TRANSFER TAX
STATEMENT OF VALUE**

COMPLETE EACH SECTION

**RECORDER'S USE ONLY**

State Tax Paid: 3,627.09

Book: ____  Page: ____

Instrument Number: 2024037392

Date Recorded: 9/2/2024

| SECTION I | TRANSFER DATA |
|---|---|

Date of Acceptance of Document
08/07/2024

| Grantor(s)/Lessor(s) | Telephone Number | Grantee(s)/Lessee(s) | Telephone Number |
|---|---|---|---|
| Robert Angeli & Rita M. Rusden Melvin | (703) 599-0016 | Robert Angeli | (703) 599-0016 |

| Mailing Address | | Mailing Address | |
|---|---|---|---|
| 2398 Greensward N. | | 2398 Greensward N. | |

| City | State | ZIP Code | City | State | ZIP Code |
|---|---|---|---|---|---|
| Warrington | PA | 18976 | Warrington | PA | 18976 |

| SECTION II | REAL ESTATE LOCATION |
|---|---|

| Street Address | City, Township, Borough |
|---|---|
| 2398 Greensward N. | Warrington Township |

| County | School District | Tax Parcel Number |
|---|---|---|
| Bucks | Central Bucks | 50-021-129 |

| SECTION III | VALUATION DATA |
|---|---|

Was transaction part of an assignment or relocation?  ⬭ YES  ⬬ NO

| 1. Actual Cash Consideration | 2. Other Consideration | 3. Total Consideration |
|---|---|---|
| 1.00 | + 0.00 | = 1.00 |

| 4. County Assessed Value | 5. Common Level Ratio Factor | 6. Computed Value |
|---|---|---|
| 45,710.00 | x 15.87 | = 725,417.7? |

| SECTION IV | EXEMPTION DATA - Refer to instructions for exemption status. |
|---|---|

| 1a. Amount of Exemption Claimed | 1b. Percentage of Grantor's Interest in Real Estate | 1c. Percentage of Grantor's Interest Conveyed |
|---|---|---|
| $ 362,708.85 | 50 % | 50 % |

2. Fill in the Appropriate Oval Below for Exemption Claimed.

⬭ Will or intestate succession. _____

                                            (Name of Decedent)                   (Estate File Number)

⬭ Transfer to a trust. (Attach complete copy of trust agreement and all amendments.)

⬭ Transfer from a trust. (Attach complete copy of trust agreement and all amendments.)

⬭ Transfer between principal and agent/straw party. (Attach complete copy of agency/straw party agreement.)

⬭ Transfers to the commonwealth, the U.S. and instrumentalities by gift, dedication, condemnation or in lieu of condemnation.
(If condemnation or in lieu of condemnation, attach copy of resolution.)

⬭ Transfer from mortgagor to a holder of a mortgage in default. (Attach copy of mortgage and note/assignment.)

⬭ Corrective or confirmatory deed. (Attach complete copy of the deed to be corrected or confirmed.)

⬭ Statutory corporate consolidation, merger or division. (Attach copy of articles.)

⬭ Other (Provide a detailed explanation of exemption claimed. If more space is needed attach additional sheets.)



Transfer between unmarried parties to one party.

| SECTION V | CORRESPONDENT INFORMATION - All inquiries may be directed to the following person: |
|---|---|

| Name | Telephone Number |
|---|---|
| John F. Hartzel, Esq. | (215) 345-7060 |

| Mailing Address | City | State | ZIP Code |
|---|---|---|---|
| P.O. Box 796 | Doylestown | PA | 18901 |

Under penalties of law, I declare that I have examined this statement, including accompanying information, and to the best of my knowledge and belief, it is true, correct and complete.

| Signature of Correspondent or Responsible Party | Date |
|---|---|

FAILURE TO COMPLETE THIS FORM PROPERLY OR ATTACH REQUESTED DOCUMENTATION MAY RESULT IN THE RECORDER'S REFUSAL TO RECORD THE DEED.

1830019105                                    1830019105

**PAGE 1**

# EXHIBIT "C"

# APPRAISAL OF REAL PROPERTY

### LOCATED AT

2398 Greensward N
Warrington, PA 18976
Book #6449, Page #2382, Doc #47594

### FOR

Rita Melvin

### AS OF

8/2/2024

### BY

David McCarthy
McCarthy & Smith Appraisal Services, Inc.
103 Raven Hollow Drive
North Wales, PA 19454
215-997-0595
appraisal@mccarthy-smith.com

USPAP ADDENDUM

File No. 20794

| Borrower | Rita Melvin | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 2398 Greensward N | | | | | |
| City | Warrington | County | Bucks | State | PA | Zip Code | 18976 |
| Lender | Rita Melvin | | | | | |

**This report is prepared under the following USPAP reporting option:**

☒ Appraisal Report          This report was prepared in accordance with USPAP Standards Rule 2-2(a).

☐ Restricted Appraisal Report    This report was prepared in accordance with USPAP Standards Rule 2-2(b).

**Reasonable Exposure Time**

My opinion of a reasonable exposure time for the subject property at the market value stated in this report is:

The value opinion contained in the appraisal is based upon reasonable exposure time of 0 to 6 months which is typical in the marketing area.

**Additional Certifications**

I certify that, to the best of my knowledge and belief:

☐ I have NOT performed services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.

☒ I HAVE performed services, as an appraiser or in another capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment. Those services are described in the comments below.

- The statements of fact contained in this report are true and correct.
- The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
- Unless otherwise indicated, I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.
- I have no bias with respect to the property that is the subject of this report or the parties involved with this assignment.
- My engagement in this assignment was not contingent upon developing or reporting predetermined results.
- My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
- My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice that were in effect at the time this report was prepared.
- Unless otherwise indicated, I have made a personal inspection of the property that is the subject of this report.
- Unless otherwise indicated, no one provided significant real property appraisal assistance to the person(s) signing this certification (if there are exceptions, the name of each individual providing significant real property appraisal assistance is stated elsewhere in this report).

**Additional Comments**

The appraisal was completed in full compliance with Appraiser Independence Regulations.

| APPRAISER: | SUPERVISORY APPRAISER: (only if required) |
|---|---|
| Signature: | Signature: |
| Name: David McCarthy | Name: |
| Date Signed: 08/07/2024 | Date Signed: |
| State Certification #: RL001927L | State Certification #: |
| or State License #: | or State License #: |
| State: PA | State: |
| Expiration Date of Certification or License: 06/30/2025 | Expiration Date of Certification or License: |
| Effective Date of Appraisal: 8/2/2024 | Supervisory Appraiser Inspection of Subject Property: |
| | ☐ Did Not  ☐ Exterior-only from Street  ☐ Interior and Exterior |

# RESIDENTIAL APPRAISAL REPORT

| | | | File No.: 20794 |
|---|---|---|---|
| Property Address: 2398 Greensward N | | City: Warrington | State: PA  Zip Code: 18976 |
| County: Bucks | Legal Description: Book #6449, Page #2382, Doc #47594 & Smith Document | | |
| | Assessor's Parcel #: 50-021-129 | | |
| Tax Year: 2024 | R.E. Taxes: $ 8,664 | Special Assessments: $ 0 | Borrower (if applicable): Rita Melvin |
| Current Owner of Record: Robert Angeli & Rita M Rusden | | ☒ Owner  ☐ Tenant  ☐ Vacant | ☐ Manufactured Housing |
| Project Type: ☒ PUD  ☐ Condominium  ☐ Cooperative  ☐ Other (describe) | | HOA: $ 0 | ☐ per year  ☐ per month |
| Market Area Name: Fairways | | Map Reference: 33874 | Census Tract: 1018.03 |

| The purpose of this appraisal is to develop an opinion of: | ☒ Market Value (as defined), or | ☐ other type of value (describe) | |
|---|---|---|---|
| This appraisal reflects the following value (if not Current, see comments): | ☒ Current (the Inspection Date is the Effective Date) | ☐ Retrospective | ☐ Prospective |
| Approaches developed for this appraisal: | ☒ Sales Comparison Approach | ☐ Cost Approach | ☐ Income Approach (See Reconciliation Comments and Scope of Work) |
| Property Rights Appraised: | ☒ Fee Simple  ☐ Leasehold  ☐ Leased Fee  ☐ Other (describe) | | |

Intended Use:  The intended use of this appraisal is for the client to evaluate the property that is the subject of this appraisal for market value.

Intended User(s) (by name or type):  Rita Melvin

| Client: Rita Melvin | Address: 2398 Greensward N, Warrington, PA 18976 |
|---|---|
| Appraiser: David McCarthy | Address: 103 Raven Hollow Drive, North Wales, PA 19454 |

| Location: | ☐ Urban  ☒ Suburban  ☐ Rural | Predominant Occupancy | One-Unit Housing | | Present Land Use | Change in Land Use |
|---|---|---|---|---|---|---|
| Built up: | ☒ Over 75%  ☐ 25-75%  ☐ Under 25% | | PRICE $(000) | AGE (yrs) | One-Unit 85% | ☒ Not Likely |
| Growth rate: | ☐ Rapid  ☒ Stable  ☐ Slow | ☒ Owner 85 | Low 0 | | 2-4 Unit 5% | ☐ Likely *  ☐ In Process * |
| Property values: | ☐ Increasing  ☒ Stable  ☐ Declining | ☐ Tenant 10 | 575 High 75 | 950 | Multi-Unit 5% | * To: |
| Demand/supply: | ☐ Shortage  ☒ In Balance  ☐ Over Supply | ☒ Vacant (0-5%) | 715 | 30 | Comm'l 5% | |
| Marketing time: | ☐ Under 3 Mos.  ☒ 3-6 Mos.  ☐ Over 6 Mos. | ☐ Vacant (>5%) | | | | |

Market Area Boundaries, Description, and Market Conditions (including support for the above characteristics and trends):  Neighborhood is bounded to the North by Freedom Way, South by Street Rd, East by Easton Rd, West by Greensward N/Wedge Way

Neighborhood consists primarily of single family dwellings. The neighborhood is in close proximity to employment, medical, and shopping centers. Parks and local recreational facilities are common for the area.  The proximity of these type of centers and facilities can be typically be reached within a 10 minute or 1 Hour drive for the marketing area.

| Dimensions: 157 x 189 | Site Area: 29673 sf |
|---|---|
| Zoning Classification: R2 | Description: Residential |
| | Zoning Compliance: ☒ Legal  ☐ Legal nonconforming (grandfathered)  ☐ Illegal  ☐ No zoning |
| Are CC&Rs applicable?  ☐ Yes  ☐ No  ☒ Unknown | Have the documents been reviewed?  ☐ Yes  ☒ No  Ground Rent (if applicable) $ / |
| Highest & Best Use as Improved: ☒ Present use, or ☐ Other use (explain)  See attached addenda. | |

| Actual Use as of Effective Date: Single Family Residence | Use as appraised in this report: Single Family Residence |
|---|---|
| Summary of Highest & Best Use: Single Family Residence | |

| Utilities | Public | Other | Provider/Description | Off-site Improvements | Type | Public | Private | Topography Level on Grade |
|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | ☐ | 200 Amp CB | Street | ASPHLT/BLKTOP | ☒ | ☐ | Size Average |
| Gas | ☒ | ☐ | Public | Curb/Gutter | Concrete | ☒ | ☐ | Shape Rectangular |
| Water | ☒ | ☐ | Public | Sidewalk | Concrete | ☒ | ☐ | Drainage Average |
| Sanitary Sewer | ☒ | ☐ | Public | Street Lights | Yes | ☒ | ☐ | View Residential |
| Storm Sewer | ☒ | ☐ | Public | Alley | None | ☐ | ☐ | |
| Other site elements: | ☒ Inside Lot | ☐ Corner Lot | ☐ Cul de Sac | ☐ Underground Utilities | ☐ Other (describe) | | | |
| FEMA Spec'l Flood Hazard Area  ☐ Yes  ☒ No | FEMA Flood Zone X500 | FEMA Map # 42017C0382J | FEMA Map Date 03/16/2015 | | | | | |

Site Comments:  The site does not appear to be affected by any adverse easements, encroachments or external obsolescence.

| General Description | | | Exterior Description | | Foundation | | Basement | None | Heating | |
|---|---|---|---|---|---|---|---|---|---|---|
| # of Units 1 | ☐ Acc.Unit | | Foundation | Concrete | Slab | None | Area Sq. Ft. | 672 | Type | FWA |
| # of Stories 2 | | | Exterior Walls | Vinyl | Crawl Space | Partial | % Finished | 90 | Fuel | Gas |
| Type ☒ Det.  ☐ Att. | | | Roof Surface | Shingle | Basement | Partial | Ceiling | Finished | | |
| Design (Style) Colonial | | | Gutters & Dwnspts. | Aluminum | Sump Pump | ☒ | Walls | Finished | Cooling | |
| ☒ Existing  ☐ Proposed  ☐ Und.Cons. | | | Window Type | Double Hung | Dampness | ☐ None | Floor | Finished | Central | Yes |
| Actual Age (Yrs.) 38 | | | Storm/Screens | Alum | Settlement | None | Outside Entry | None | Other | |
| Effective Age (Yrs.) 18 | | | | | Infestation | None | | | | |

| Interior Description | | Appliances | | Attic | ☒ None | Amenities | | Car Storage | | None |
|---|---|---|---|---|---|---|---|---|---|---|
| Floors | HDWD/CRPT/Avg | Refrigerator | ☒ | Stairs | ☐ | Fireplace(s) # 1 | Woodstove(s) # | Garage # of cars ( 6 Tot) | | |
| Walls | Drywall/Avg | Range/Oven | ☒ | Drop Stair | ☒ | Patio | | Attach. | | |
| Trim/Finish | Wood/Avg | Disposal | ☒ | Scuttle | ☒ | Deck Wood | | Detach. 2 | | |
| Bath Floor | Tile/Avg | Dishwasher | ☒ | Doorway | ☐ | Porch Entry, Enclosed | | Blt-In | | |
| Bath Wainscot | Tile/Avg | Fan/Hood | ☒ | Floor | ☐ | Fence | | Carport | | |
| Doors | Wood/Avg | Microwave | ☒ | Heated | ☐ | | | Driveway 4 | | |
| | | Washer/Dryer | ☒ | Finished | ☐ | | | Surface Asphalt | | |

| Finished area above grade contains: | 12 Rooms | 5 Bedrooms | 3.1 Bath(s) | 2,863 Square Feet of Gross Living Area Above Grade |
|---|---|---|---|---|

Additional features:  Entry Porch, Wood Deck, Enclosed Porch The subject property has an in-law suite on the first level that does not contain a kitchen area. This was included in the square footage of the report. Comparable #3 shows a similar in-law suite utility.

Describe the condition of the property (including physical, functional and external obsolescence):  Kitchen-updated-eleven to fifteen years ago;Bathrooms-updated-eleven to fifteen years ago;The plumbing, heating and electrical systems appeared to be operating in a normal manner at the time of inspection, no warranty is applied.  The bathroom, kitchen, and other features meet current standards for homes of this age, in this market. Since the purchase of the property the subject has had rear yard drainage included and new flooring in the basement area.

Copyright 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however a la mode, inc. must be acknowledged and credited.

**GP RESIDENTIAL**

Form GPRES2 - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

3/2007

# RESIDENTIAL APPRAISAL REPORT

File No.: 20794

| My research ☐ did ☒ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal. | | |
|---|---|---|
| Data Source(s): | Bright MLS/Property Tax Records | |
| 1st Prior Subject Sale/Transfer | | Analysis of sale/transfer history and/or any current agreement of sale/listing: |
| Date: | 09/24/2021 | The appropriate county records, |
| Price: | $689,000 | available to date, have been analyzed for any prior sales history of the subject and comparables within |
| Source(s): | Property Tax Records | the required time frames or guidelines. |
| 2nd Prior Subject Sale/Transfer | | |
| Date: | | |
| Price: | | |
| Source(s): | | |

SALES COMPARISON APPROACH TO VALUE (if developed) ☐ The Sales Comparison Approach was not developed for this appraisal.

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address | 2398 Greensward N Warrington, PA 18976 | 2137 Greyhorse Dr Warrington, PA 18976 | | 2442 Greensward N Warrington, PA 18976 | | 2246 Waverly Cir Warrington, PA 18976 | |
| Proximity to Subject | | 0.75 miles E | | 0.47 miles NW | | 2.17 miles NE | |
| Sale Price | $ | $ 657,000 | | $ 680,000 | | $ 712,500 | |
| Sale Price/GLA | $ 240.66 /sq.ft. | $ 238.65 /sq.ft. | | $ 229.11 /sq.ft. | | $ 235.30 /sq.ft. | |
| Data Source(s) | | brightMLS#PABU2067972;DOM 4 | | brightMLS#PABU2072032;DOM 0 | | brightMLS#PABU2053338;DOM 8 | |
| Verification Source(s) | | Property Tax Records | | Property Tax Records | | Property Tax Records | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. |
| Sales or Financing | ArmLth | Conventional | | Conventional | | Conventional | |
| Concessions | 0 | Closed Sale | | Closed Sale | | Closed Sale | |
| Date of Sale/Time | 08/11/2021 | 05/22/2024 | | 05/29/2024 | | 09/01/2023 | |
| Rights Appraised | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Location | Suburban | Suburban | | Suburban | | Suburban | |
| Site | 29673 sf | 26650 sf | | 25080 sf | | 14073 sf | +5,400 |
| View | Residential | Residential | | Residential | | Residential | |
| Design (Style) | Colonial | Colonial | | Colonial | | Colonial | |
| Quality of Construction | Average | Average | | Average | | Average | |
| Age | 38,16 | 59 | +20,000 | 37 | | 31 | |
| Condition | Good | Good | | Good | | Good | |
| Above Grade | Total Bdrms Baths | Total Bdrms Baths | | Total Bdrms Baths | | Total Bdrms Baths | |
| Room Count | 12 5 3.1 | 9 4 3.1 | | 8 4 2.1 | +10,000 | 8 5 3.1 | 0 |
| Gross Living Area | 2,863 sq.ft. | 2,753 sq.ft. | +3,850 | 2,968 sq.ft. | -3,675 | 3,028 sq.ft. | -5,775 |
| Basement & Finished | Basement | Basement | | Basement | | Basement | |
| Rooms Below Grade | Finished | Unfinished | +10,000 | Unfinished | +10,000 | Finished | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | HA/CA | HA/CA | | HA/CA | | HA/CA | |
| Energy Efficient Items | None | None | | None | | None | |
| Garage/Carport | 2 Car Garage | 1 Car Garage | +10,000 | 1 Car Garage | +10,000 | 2 Car Garage | |
| Porch/Patio/Deck | 2Porches,Deck | Porch/Patio | +5,000 | Patio | +10,000 | 2 Porches | +5,000 |
| Fireplaces | 1 Fireplace | 1 Fireplace | -2,000 | 1 Fireplace | -2,000 | 2 Fireplaces | -2,000 |
| Amenities | None | None | | None | | None | |
| | | | | | | | |
| Net Adjustment (Total) | | ☒ + ☐ - $ | 46,850 | ☒ + ☐ - $ | 34,325 | ☒ + ☐ - $ | 2,625 |
| Adjusted Sale Price of Comparables | | Net 7.1% Gross 7.7% $ | 703,850 | Net 5.0% Gross 7.2% $ | 714,325 | Net 0.4% Gross 2.6% $ | 715,125 |

Summary of Sales Comparison Approach The comparables utilized in the Sales Comparison Approach are considered to be the best available market data for the marketing area, at the time of inspection for the subject property. The comparables utilized were selected due to their similarity to the subject property in style, location, size, features and condition. The comparables are reflective of current and past market conditions for what that area is experiencing. All relevant competitive listings and pending sales for that area have also been considered in performance of this appraisal, and may have been included in the Sales Comparison Approach if determined relevant. Adjustments were made in the sales comparison approach to reflect the pertinent differences between the subject and comparables. After an exhaustive search and analysis of the comparables it was determined by the appraiser that these are the best comparables available for the subject property and the value opinion contained in this report is reflective of the appraisal process.

Indicated Value by Sales Comparison Approach $ 715,000

**GP RESIDENTIAL**

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.

Form GPRES2 — "TOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

3/2007

# RESIDENTIAL APPRAISAL REPORT

File No. 20794

| COST APPROACH TO VALUE (if developed) | ☒ The Cost Approach was not developed for this appraisal. | | | | |
|---|---|---|---|---|---|

Provide adequate information for replication of the following cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value):    Due to lack of recent land sales in the
market area, the appraiser has used the extraction method and the assessors land to value ratio to form an opinion of value for the site.

| ESTIMATED | ☐ REPRODUCTION OR | ☐ REPLACEMENT COST NEW | OPINION OF SITE VALUE | | =$ | 175,000 |
|---|---|---|---|---|---|---|
| Source of cost data: | | | DWELLING | Sq.Ft. @ $ | =$ | |
| Quality rating from cost service: | Effective date of cost data: | | | Sq.Ft. @ $ | =$ | |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.): | | | | Sq.Ft. @ $ | =$ | |
| The cost approach was not considered or developed in the appraisal of | | | | Sq.Ft. @ $ | =$ | |
| this property due to the type of architecture, age of the property and the | | | | Sq.Ft. @ $ | =$ | |
| type of materials used in construction. Improvements cannot be | | | Garage/Carport | Sq.Ft. @ $ | =$ | |
| adequately replaced using published replacement costs and | | | Total Estimate of Cost-New | | =$ | |
| reproduction costs are not economically feasible. The cost approach is | | | Less    Physical | Functional | External | |
| not relevant in this appraisal. | | | Depreciation | | =$( | ) |
| | | | Depreciated Cost of Improvements | | =$ | |
| | | | "As-Is" Value of Site Improvements | | =$ | |
| | | | | | =$ | |
| | | | | | =$ | |
| Estimated Remaining Economic Life (if required): | 47 | Years | INDICATED VALUE BY COST APPROACH | | =$ | |

| INCOME APPROACH TO VALUE (if developed) | ☒ The Income Approach was not developed for this appraisal. | |
|---|---|---|
| Estimated Monthly Market Rent $ | X Gross Rent Multiplier    = $ | Indicated Value by Income Approach |

Summary of Income Approach (including support for market rent and GRM):

| PROJECT INFORMATION FOR PUDs (if applicable) | ☐ The Subject is part of a Planned Unit Development. |
|---|---|

Legal Name of Project:

Describe common elements and recreational facilities:

| Indicated Value by: Sales Comparison Approach $ | 715,000 | Cost Approach (if developed) $ | | Income Approach (if developed) $ | |
|---|---|---|---|---|---|

Final Reconciliation    The sales comparison approach was given the most weight in this analysis as it reflects most accurately the value opinions
of buyers and sellers in this marketing area. The income approach was not utilized due to a lack of meaningful rental data. Most weight was
placed on sales #1, #2, #3, #4 and #5 due to recent sales, location, size, condition and in-law suite utility.

This appraisal is made ☒ "as is",    ☐ subject to completion per plans and specifications on the basis of a Hypothetical Condition that the improvements have been completed,    ☐ subject to the following repairs or alterations on the basis of a Hypothetical Condition that the repairs or alterations have been completed,    ☐ subject to the following required inspection based on the Extraordinary Assumption that the condition or deficiency does not require alteration or repair:

☐ This report is also subject to other Hypothetical Conditions and/or Extraordinary Assumptions as specified in the attached addenda.

Based on the degree of inspection of the subject property, as indicated below, defined Scope of Work, Statement of Assumptions and Limiting Conditions, and Appraiser's Certifications, my (our) Opinion of the Market Value (or other specified value type), as defined herein, of the real property that is the subject of this report is: $    715,000    , as of:    8/2/2024    , which is the effective date of this appraisal. If indicated above, this Opinion of Value is subject to Hypothetical Conditions and/or Extraordinary Assumptions included in this report. See attached addenda.

A true and complete copy of this report contains    22    pages, including exhibits which are considered an integral part of the report. This appraisal report may not be properly understood without reference to the information contained in the complete report.

Attached Exhibits:
☒ Scope of Work        ☒ Limiting Cond./Certifications    ☐ Narrative Addendum        ☒ Photograph Addenda        ☒ Sketch Addendum
☒ Map Addenda        ☒ Additional Sales            ☐ Cost Addendum            ☐ Flood Addendum        ☐ Manuf. House Addendum
☐ Hypothetical Conditions    ☐ Extraordinary Assumptions

| Client Contact: | | | Client Name:    Rita Melvin |
|---|---|---|---|
| E-Mail: | | Address:    2398 Greensward N, Warrington, PA 18976 | |

| APPRAISER | SUPERVISORY APPRAISER (if required) |
|---|---|
| | or CO-APPRAISER (if applicable) |

Appraiser Name:    David McCarthy

Company:    McCarthy & Smith Appraisal Services, Inc.

Phone:    215-997-0595        Fax:

E-Mail:    appraisal@mccarthy-smith.com

Date of Report (Signature):    08/07/2024

License or Certification #:    RL001927L        State:    PA

Designation:

Expiration Date of License or Certification:    06/30/2025

Inspection of Subject:    ☒ Interior & Exterior        ☐ Exterior Only    ☐ None

Date of Inspection:    8/2/2024

Supervisory or
Co-Appraiser Name:

Company:

Phone:        Fax:

E-Mail:

Date of Report (Signature):

License or Certification #:        State:

Designation:

Expiration Date of License or Certification:

Inspection of Subject:    ☐ Interior & Exterior        ☐ Exterior Only    ☐ None

Date of Inspection:

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however  a la mode, inc. must be acknowledged and credited.

**GP RESIDENTIAL**    Form GPRES2 - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE    3/2007

# ADDITIONAL COMPARABLE SALES

File No.: 20794

| FEATURE | SUBJECT | COMPARABLE SALE # 4 | | COMPARABLE SALE # 5 | | COMPARABLE SALE # 6 | |
|---|---|---|---|---|---|---|---|
| Address | 2398 Greensward N Warrington, PA 18976 | 2124 Greyhorse Dr Warrington, PA 18976 | | 1268 Holly Rd Warrington, PA 18976 | | 111 Greenfield Ln Warrington, PA 18976 | |
| Proximity to Subject | | 0.81 miles E | | 0.92 miles E | | 0.46 miles SW | |
| Sale Price | $ | | $ 689,000 | | $ 696,500 | | $ 744,444 |
| Sale Price/GLA | $ 240.66 /sq.ft. | $ 253.50 /sq.ft. | | $ 257.20 /sq.ft. | | $ 284.57 /sq.ft. | |
| Data Source(s) | | brightMLS#PABU2073054;DOM 5 | | brightMLS#PABU2068696;DOM 34 | | brightMLS#PABU2051672;DOM 9 | |
| Verification Source(s) | | Property Tax Records | | Property Tax Records | | Property Tax Records | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. |
| Sales or Financing | ArmLth | Conventional | | Conventional | | Conventional | |
| Concessions | 0 | Closed Sale | | Closed Sale | | Closed Sale | |
| Date of Sale/Time | 08/11/2021 | 07/29/2024 | | 06/14/2024 | | 08/10/2023 | |
| Rights Appraised | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Location | Suburban | Suburban | | Suburban | | Suburban | |
| Site | 29673 sf | 15225 sf | +4,900 | 13298 sf | +5,500 | 19408 sf | +3,600 |
| View | Residential | Residential | | Residential | | Residential | |
| Design (Style) | Colonial | Colonial | | Colonial | | Colonial | |
| Quality of Construction | Average | Average | | Average | | Average | |
| Age | 38 | 56 | +20,000 | 29 | | 24 | -15,000 |
| Condition | Good | Superior | -20,000 | Good | | Good | |
| Above Grade | Total | Bdrms | Baths | Total | Bdrms | Baths | Total | Bdrms | Baths | Total | Bdrms | Baths |
| Room Count | 12 | 5 | 3.1 | 8 | 4 | 3.1 | 9 | 4 | 2.1 | +10,000 | 9 | 4 | 2.1 | +10,000 |
| Gross Living Area | 2,863 sq.ft. | 2,718 sq.ft. | +5,075 | 2,708 sq.ft. | +5,425 | 2,616 sq.ft. | +8,645 |
| Basement & Finished | Basement | Basement | | Basement | | Basement | |
| Rooms Below Grade | Finished | Finished | | Finished | | Unfinished | +10,000 |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | HA/CA | HA/CA | | HA/CA | | HA/CA | |
| Energy Efficient Items | None | None | | None | | None | |
| Garage/Carport | 2 Car Garage | 2 Car Garage | | 2 Car Garage | | 2 Car Garage | |
| Porch/Patio/Deck | 2Porches,Deck | Deck/Porch/Patio | | Porch/Patio | +5,000 | Patio,Deck | +5,000 |
| Fireplaces | 1 Fireplace | 1 Fireplace | -2,000 | None | | None | |
| Amenities | None | IG Pool | -10,000 | None | | IG Pool | -15,000 |
| | | | | | | | |
| | | | | | | | |
| Net Adjustment (Total) | | ☐ + ☒ - | $ -2,025 | ☒ + ☐ - | $ 25,925 | ☒ + ☐ - | $ 7,245 |
| Adjusted Sale Price of Comparables | | Net 0.3% Gross 10.0% | $ 688,975 | Net 3.7% Gross 5.5% | $ 722,425 | Net 1.0% Gross 9.2% | $ 751,689 |
| Summary of Sales Comparison Approach | Comparable #4, #5, #6 and #7 have been included to corroborate the estimated value contained in this appraisal | | | | | | |

# ADDITIONAL COMPARABLE SALES

File No.: 20794

| FEATURE | SUBJECT | COMPARABLE SALE # 7 | | COMPARABLE SALE # 8 | | COMPARABLE SALE # 9 | |
|---|---|---|---|---|---|---|---|
| Address | 2398 Greensward N<br>Warrington, PA 18976 | 138 Redstone Dr<br>Warrington, PA 18976 | | | | | |
| Proximity to Subject | | 0.95 miles SW | | | | | |
| Sale Price | $ | | 799,000 | $ | | $ | |
| Sale Price/GLA | $ 240.66 /sq.ft. | $ 288.66 /sq.ft. | | $ /sq.ft. | | $ /sq.ft. | |
| Data Source(s) | | brightMLS/#PABU2067590;DOM 2 | | | | | |
| Verification Source(s) | | Property Tax Records | | | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. |
| Sales or Financing | ArmLth | Cash | | | | | |
| Concessions | 0 | Closed Sale | | | | | |
| Date of Sale/Time | 08/11/2021 | 06/06/2024 | | | | | |
| Rights Appraised | Fee Simple | Fee Simple | | | | | |
| Location | Suburban | Suburban | | | | | |
| Size | 29673 sf | 13714 sf | +5,500 | | | | |
| View | Residential | Residential | | | | | |
| Design (Style) | Colonial | Colonial | | | | | |
| Quality of Construction | Average | Average | | | | | |
| Age | 38,16 | 21 | -15,000 | | | | |
| Condition | Good | Good | | | | | |
| Above Grade | Total Bdrms Baths | Total Bdrms Baths | | Total Bdrms Baths | | Total Bdrms Baths | |
| Room Count | 12  5  3.1 | 10  4  2.1 | +10,000 | | | | |
| Gross Living Area | 2,863 sq.ft. | 2,768 sq.ft. | | sq.ft. | | sq.ft. | |
| Basement & Finished | Basement | Basement | | | | | |
| Rooms Below Grade | Finished | Finished | | | | | |
| Functional Utility | Average | Average | | | | | |
| Heating/Cooling | HA/CA | HA/CA | | | | | |
| Energy Efficient Items | None | None | | | | | |
| Garage/Carport | 2 Car Garage | 2 Car Garage | | | | | |
| Porch/Patio/Deck | 2Porches,Deck | Porch,Deck | +5,000 | | | | |
| Fireplaces | 1 Fireplace | 1 Fireplace | -2,000 | | | | |
| Amenities | None | None | | | | | |
| | | | | | | | |
| | | | | | | | |
| Net Adjustment (Total) | | ☒ + ☐ - $ | 3,500 | ☐ + ☐ - $ | | ☐ + ☐ - $ | |
| Adjusted Sale Price | | Net | | Net | | Net | |
| of Comparables | | Gross | 802,500 | Gross | | Gross | |
| Summary of Sales Comparison Approach | | | | | | | |

## Supplemental Addendum

File No. 20794

| Borrower/Client | Rita Melvin | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 2398 Greensward N | | | | | | |
| City | Warrington | County | Bucks | State | PA | Zip Code | 18976 |
| Lender | Rita Melvin | | | | | | |

**Intended User and Use Of This Appraisal**
The intended user of this appraisal report is the Client.  The intended use of the appraisal is to evaluate the subject property for market value. The appraisal is subject to the stated scope of work, purpose of the appraisal, reporting requirements of this appraisal report form, and definition of market value.  No additional intended users are identified by the appraiser.

**Distribution And Use Of This Appraisal**
This appraisal report has been prepared for the exclusive benefit of the client for market valuation.  Any copy of this report that does not have the appraiser's original signature and photographs or the licensed electronic signature is unauthorized, and may have been altered, and is considered invalid. It may not be used or relied upon by any other party. Any party who uses or relies upon any information in this report, without the preparer's written consent, does so at his or her own risk. The approaches of value contained in the appraisal are not intended or relied upon to be used for insurance purposes.

**Use Of Digital Photographs And Signatures In This Appraisal Report**
Digital photographs were utilized in this appraisal for both the subject and the comparables. The use of this technology has allowed the appraiser to create photographic databases for storage/reference, and the ability to electronically send reports to clients. The photographs that are used in the appraisal represent the style and condition of the comparables at the time of their settlement date. In some instances MLS or database photographs were utilized in the appraisal because the comparables was not visible from the street, weather conditions, people obstructed a clear photo of the comparable, a comparable was added for bracketing purposes or when a comparable is added to the completed appraisal report at the client request.

A digital signature was utilized in this appraisal. The appraiser's authentic digital signature is licensed, and password protected by the appraisal software program. The digital signature is now the standard in the industry for report signing, allows the appraiser flexibility in processing the report safely, and the ability to send appraisal reports electronically to clients.

**Mapping Of Subject And Comparables**
The appraisal software program is utilized to generate the subject property and comparables map page, and the aerial photo page. In some instances the appraisal program utilizes the USPS address of the property which is different from than the subject public assessment or tax record.

**Neighborhood - Market Conditions**
There are no apparent factors which affect the marketability of the subject property. Supply and demand are in balance, with marketing time ranging from 0 to 6 months. Properties in the subject neighborhood are stable to increasing with an average amount of activity for the sales of existing dwellings. The value opinion contained in the appraisal is based upon reasonable exposure time of 0 to 6 months which is typical in the marketing area.

**Highest and Best Use**
The subject property highest and best use is residential in the appraiser's opinion. It was determined that the reasonable, probable and legal use of the improved property, which is physically possible, appropriately supported, financially feasible, and results in the highest value for the property is residential use. This is supported by the subject property zoning, current usage and like comparables for the marketing area that maximizes the subject value opinion.

**Sales Comparison Approach**
The comparables utilized in the Sales Comparison Approach are considered to be the best available market data for the marketing area at the time of inspection for the subject property. The comparables utilized were selected due to their similarity to the subject property in style, location, size, features and condition. The comparables are reflective of current and past market conditions for that immediate area. All relevant competitive listings and pending sales for that area have been considered in performance of this appraisal, and may have been included in the Sales Comparison Approach to support the market analysis. Adjustments were made in the sales comparison approach to reflect the pertinent differences between the subject and comparables. After an exhaustive search and analysis of the comparables it was determined by the appraiser that these are the best comparables available for the subject property. The value opinion contained in this report was determined by appraisal process.

**Sales Comparison Approach Criteria and Adjustments**
The initial comparable sale search process focuses on settled sales, listings, and pending sales with transaction dates within the past 0-12 months, located within subject immediate marketing and surrounding township, zip code, tax base, school district, within approximately 10% to 15% of the subject above grade GLA, similar site size, similar age of construction, and similar style dwelling. The initial comparable search results were considered by the appraiser's opinion to be the most similar property data that is reflective of the subject at the time of inspection. Due to constantly changing market conditions an expanded search of the original search criteria may have been conducted to take into consideration all the additional comparables available from competing marketing areas. A further analysis of all the selected comparables was then conducted and the best comparables were utilized in the sale comparison approach in the appraiser's opinion. The comparables that were not utilized did not best reflect the subject property and the marketing area due to marketing time, condition of the dwelling, physical characteristics and possible sale circumstances. The comparables were selected utilizing the local MLS, public assessment records, court house information and our appraisal database to complete our search process.

The basement information of the comparables is an "estimation only" derived from the MLS and courthouse information for the comparables. This information should be deemed reliable but not accurate as the appraiser did not measure or inspect any of the comparables physically and these measurements could vary in range. Adjustments for basement square footage or finished area is not reflected or typical in the subject marketing by a dollar per square foot differential. Adjustments are typically made for differences in finished to non-finished areas and any extra bath areas.

**GP Residential : Additional Comments**

No personal property was given any credit or value, to the value opinion stated in this appraisal.

The subject property is not in close proximity to any active or inactive mining areas.  There are no Gas, Oil or Mineral leases in the subject marketing area. There is no effect on marketability. The subject property is not within 200 ft of any active drilling.

The appraiser confirms that ANSI Z765-2021 was used for measuring, calculating and reporting GLA and non-GLA areas of the subject property.

## Supplemental Addendum

File No. 20794

| Borrower/Client | Rita Melvin | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 2398 Greensward N | | | | | | |
| City | Warrington | County | Bucks | State | PA | Zip Code | 18976 |
| Lender | Rita Melvin | | | | | | |

There was an insufficient number of similar comparable sales available for use in the sales comparison analysis which have settled within the last six months. This resulted in the utilization of one or more comparables which have settled more than six months ago and typically not more than twelve months. In some unique cases an expended search mile radius and settlement timeframe of multiple years is completed.

An adjustment was made for site to one or more of the comparables to reflect the difference in lot size between the comparables and the subject.

An adjustment was made for condition to one or more of the comparables to reflect the difference in general interior and exterior condition between the comparables and the subject.

There was an insufficient number of comparable sales of similar style dwelling located in a 1 mile radius of the subject. This resulted in the utilization of the one or more comparables from competitive marketing areas located more than 1 mile from the subject.

An adjustment was made for age to one or more of the comparables to reflect the difference in age between the comparables and the subject. All of the comparables utilized are similar in style, condition, and appeal in the marketing area and are excellent indicators of value.

An adjustment was made for square footage to one or more of the comparables to reflect the difference in square footage between the subject and the comparables. The adjustment is based on the difference in square footage of both the subject and the comparables being rounded to the nearest hundredth of a square foot. The dollar adjustment value is then multiplied by the differences in square footage. The dollar per square foot value may vary in different marketing areas, however the dollar per square foot adjustment contained in the sales comparison analysis is similar or consistent among the comparables.

## Aerial View

| Borrower/Client | Rita Melvin | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 2398 Greensward N | | | | | | |
| City | Warrington | County | Bucks | State | PA | Zip Code | 18976 |
| Lender | Rita Melvin | | | | | | |



## Location Map

| Borrower/Client | Rita Melvin | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 2398 Greensward N | | | | | | |
| City | Warrington | County | Bucks | State | PA | Zip Code | 18976 |
| Lender | Rita Melvin | | | | | | |



# Building Sketch

| Borrower/Client | Rita Melvin | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 2398 Greensward N | | | | | |
| City | Warrington | County | Bucks | State | PA | Zip Code | 18976 |
| Lender | Rita Melvin | | | | | |



**Area Calculations Summary**

| Living Area | | Calculation Details | |
|---|---|---|---|
| First Floor | 1618 Sq ft | 43 × 22 = 946 |
| | | 28 × 24 = 672 |
| Second Floor | 1245 Sq ft | 26 × 28 = 728 |
| | | 22 × 23 = 506 |
| | | 11 × 1 = 11 |
| **Total Living Area (Rounded):** | **2863 Sq ft** | |
| Non-living Area | | |
| 2 Car Attached | 616 Sq ft | 28 × 22 = 616 |
| Deck | 324 Sq ft | 18 × 18 = 324 |
| Enclosed Porch | 165 Sq ft | 11 × 15 = 165 |
| Patio | 264 Sq ft | 24 × 11 = 264 |

## Subject Photo Page

| Borrower/Client | Rita Melvin | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 2398 Greensward N | | | | | | |
| City | Warrington | County | Bucks | State | PA | Zip Code | 18976 |
| Lender | Rita Melvin | | | | | | |



### Subject Front

2398 Greensward N

| | |
|---|---|
| Sales Price | |
| Gross Living Area | 2,863 |
| Total Rooms | 12 |
| Total Bedrooms | 5 |
| Total Bathrooms | 3.1 |
| Location | Suburban |
| View | Residential |
| Site | 29673 sf |
| Quality | Average |
| Age | 38 |



### Subject Rear



### Subject Street

### Photos

| Borrower/Client | Rita Melvin | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 2398 Greensward N | | | | | |
| City | Warrington | County | Bucks | State | PA | Zip Code | 18976 |
| Lender | Rita Melvin | | | | | |


**Living Room**


**Dining Room**


**Kitchen**


**Family Room**


**Family Room View 2**


**Laundry**


**Living Room – In Law Suite**


**Bathroom**


**Kitchen**


**Kitchen View 2**


**Bedroom – In Law Suite**


**Bathroom – In Law Suite**



**Bathroom – In Law Suite**


**Finished Basement**


**Mechanicals**

Form PICINT15 - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

## Photos

| Borrower/Client | Rita Melvin | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Property Address | 2398 Greensward N | | | | | | | |
| City | Warrington | County | Bucks | | State | PA | Zip Code | 18976 |
| Lender | Rita Melvin | | | | | | | |


**Mechanicals**


**Bedroom**


**Bedroom**


**Bedroom**


**Bathroom**


**Bedroom**


**Sitting Area**


**Attic**


**Bathroom**


**Bathroom View 2**


**Enclosed Porch**


**Garage view**


**View Subject Side**


**Address Verification**


**Subject View**

Form PICINT15 - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

## Photograph Addendum

| Borrower/Client | Rita Melvin | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 2398 Greensward N | | | | | | |
| City | Warrington | County | Bucks | State | PA | Zip Code | 18976 |
| Lender | Rita Melvin | | | | | | |



View Subject Side



Garage



Garage Side



Above Ground Pool




Bedroom-in law View 2



New Mini Split

**Photos**

| Borrower/Client | Rita Melvin | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 2398 Greensward N | | | | | | |
| City | Warrington | County | Bucks | State | PA | Zip Code | 18976 |
| Lender | Rita Melvin | | | | | | |



Crawl Space



Mechanicals



Sump Pump



Pool Area



Bathroom View 2

Subject Side

**Photos**

| Borrower/Client | Rita Melvin | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 2398 Greensward N | | | | | | |
| City | Warrington | County | Bucks | State | PA | Zip Code | 18976 |
| Lender | Rita Melvin | | | | | | |



**Subject Side**

**Comparable Photo Page**

| Borrower/Client | Rita Melvin | | | | |
|---|---|---|---|---|---|
| Property Address | 2398 Greensward N | | | | |
| City | Warrington | County | Bucks | State PA | Zip Code 18976 |
| Lender | Rita Melvin | | | | |



### Comparable 1

2137 Greyhorse Dr
| | |
|---|---|
| Prox. to Subject | 0.75 miles E |
| Sales Price | 657,000 |
| Gross Living Area | 2,753 |
| Total Rooms | 9 |
| Total Bedrooms | 4 |
| Total Bathrooms | 3.1 |
| Location | Suburban |
| View | Residential |
| Site | 26650 sf |
| Quality | Average |
| Age | 59 |



### Comparable 2

2442 Greensward N
| | |
|---|---|
| Prox. to Subject | 0.47 miles NW |
| Sales Price | 680,000 |
| Gross Living Area | 2,968 |
| Total Rooms | 8 |
| Total Bedrooms | 4 |
| Total Bathrooms | 2.1 |
| Location | Suburban |
| View | Residential |
| Site | 25080 sf |
| Quality | Average |
| Age | 37 |



### Comparable 3

2246 Waverly Cir
| | |
|---|---|
| Prox. to Subject | 2.17 miles NE |
| Sales Price | 712,500 |
| Gross Living Area | 3,028 |
| Total Rooms | 8 |
| Total Bedrooms | 5 |
| Total Bathrooms | 3.1 |
| Location | Suburban |
| View | Residential |
| Site | 14073 sf |
| Quality | Average |
| Age | 31 |

## Comparable Photo Page

| | |
|---|---|
| Borrower/Client | Rita Melvin |
| Property Address | 2398 Greensward N |
| City | Warrington |
| County | Bucks |
| State | PA |
| Zip Code | 18976 |
| Lender | Rita Melvin |



### Comparable 4

2124 Greyhorse Dr

| | |
|---|---|
| Prox. to Subject | 0.81 miles E |
| Sales Price | 689,000 |
| Gross Living Area | 2,718 |
| Total Rooms | 8 |
| Total Bedrooms | 4 |
| Total Bathrooms | 3.1 |
| Location | Suburban |
| View | Residential |
| Site | 15225 sf |
| Quality | Average |
| Age | 56 |



### Comparable 5

1268 Holly Rd

| | |
|---|---|
| Prox. to Subject | 0.92 miles E |
| Sales Price | 696,500 |
| Gross Living Area | 2,708 |
| Total Rooms | 9 |
| Total Bedrooms | 4 |
| Total Bathrooms | 2.1 |
| Location | Suburban |
| View | Residential |
| Site | 13298 sf |
| Quality | Average |
| Age | 29 |



### Comparable 6

111 Greenfield Ln

| | |
|---|---|
| Prox. to Subject | 0.46 miles SW |
| Sales Price | 744,444 |
| Gross Living Area | 2,616 |
| Total Rooms | 9 |
| Total Bedrooms | 4 |
| Total Bathrooms | 2.1 |
| Location | Suburban |
| View | Residential |
| Site | 19408 sf |
| Quality | Average |
| Age | 24 |

## Comparable Photo Page

| Borrower/Client | Rita Melvin | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 2398 Greensward N | | | | | |
| City | Warrington | County | Bucks | State | PA | Zip Code 18976 |
| Lender | Rita Melvin | | | | | |



### Comparable 7

|  |  |
|---|---|
| | 138 Redstone Dr |
| Prox. to Subject | 0.95 miles SW |
| Sale Price | 799,000 |
| Gross Living Area | 2,768 |
| Total Rooms | 10 |
| Total Bedrooms | 4 |
| Total Bathrooms | 2.1 |
| Location | Suburban |
| View | Residential |
| Site | 13714 sf |
| Quality | Average |
| Age | 21 |

### Comparable 8

|  |  |
|---|---|
| Prox. to Subject | |
| Sale Price | |
| Gross Living Area | |
| Total Rooms | |
| Total Bedrooms | |
| Total Bathrooms | |
| Location | |
| View | |
| Site | |
| Quality | |
| Age | |

### Comparable 9

|  |  |
|---|---|
| Prox. to Subject | |
| Sale Price | |
| Gross Living Area | |
| Total Rooms | |
| Total Bedrooms | |
| Total Bathrooms | |
| Location | |
| View | |
| Site | |
| Quality | |
| Age | |

**License**



DISPLAY THIS CERTIFICATE PROMINENTLY ● NOTIFY AGENCY WITHIN 10 DAYS OF ANY CHANGE

**Commonwealth of Pennsylvania**
**Department of State**
**Bureau of Professional and Occupational Affairs**
PO BOX 2649 Harrisburg, PA 17105-2649

22-0715958

License Type
**Certified Residential Appraiser**

DAVID J MCCARTHY
103 RAVEN HOLLOW DR
NORTH WALES, PA 19454

License Status
Active

Initial License Date
11/08/1994

License Number
RL001927L

Expiration Date
06/30/2025

Acting Commissioner Arion R. Claggett

Signature

ALTERATION OF THIS DOCUMENT IS A CRIMINAL OFFENSE UNDER 18 PA.C.S.§. 4911

Form SCNLGL - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

# EXHIBIT "D"



**FREEDOM MORTGAGE®**

FOR RETURN SERVICE ONLY:
PLEASE DO NOT SEND PAYMENTS TO THIS ADDRESS
P.O. BOX 619063
DALLAS, TX 75261-9063

ELECTRONIC ONLY STATEMENT

## Mortgage Statement
Statement Date 09/03/24

3-807-22843-0037712-001-000-000-000-000

ROBERT ANGELI
2398 GREENSWARD N
WARRINGTON PA 18976-2086

### Contact Information

| | |
|---|---|
| Phone: | 855-690-5900 |
| Customer Care: | Monday – Friday 8:00am – 8:00pm ET |
| | Saturday 9:00am – 2:00pm ET |
| Find us on the web at: | www.freedommortgage.com |

| | |
|---|---|
| Loan Number | 0147871602 |
| Payment Due Date | 10/01/24 |

### Amount Due** $3,047.62
If payment is received after 10/16/24, $121.90 late fee will be charged.

Property Address: 2398 GREENSWARD N
WARRINGTON PA 18976

### Account Information

| | |
|---|---|
| Outstanding Principal | $508,733.87 |
| Deferred Balance | $0.00 |
| Interest Rate | 2.375% |
| Prepayment Penalty | No |
| Escrow Balance | $794.07 |
| Unapplied Funds | $0.00 |

### Explanation of Amount Due

| | |
|---|---|
| Principal | $1,123.92 |
| Interest | $1,006.87 |
| Escrow/Impound (for Taxes and/or Insurance) | $916.83 |
| Regular Monthly Payment | $3,047.62 |
| Total Fees & Charges | $.00 |
| Overdue Payment | $.00 |
| Unpaid Late Charges | $.00 |
| Other/Optional Products | $.00 |
| Total Amount Due** | $3,047.62 |

### Transaction Activity (08/06/24 - 09/03/24)

| Transaction Description | Date | Interest Paid To Date | Transaction Effective Date | Transaction Amount | Interest Paid | Principal Paid | Escrow Paid | Late Charges Paid | Fees Paid | Optional Insurance | Unapplied Funds |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hazard Insurance | 08/26/24 | 08/01/24 | 08/26/24 | $2,874.39 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Payment | 09/03/24 | 09/01/24 | 09/03/24 | $3,047.62 | $1,009.09 | $1,121.70 | $916.83 | $0.00 | $0.00 | $0.00 | $0.00 |
| Payment | 09/03/24 | 09/01/24 | 09/03/24 | $56.40 | $0.00 | $0.00 | $56.40 | $0.00 | $0.00 | $0.00 | $0.00 |

IMPORTANT NOTICE: TO THE EXTENT YOUR OBLIGATION HAS BEEN DISCHARGED IN BANKRUPTCY, IS SUBJECT TO THE AUTOMATIC STAY OR IS PROVIDED FOR IN A CONFIRMED PLAN, THIS COMMUNICATION IS FOR REGULATORY COMPLIANCE AND/OR INFORMATIONAL PURPOSES ONLY AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT OR AN ATTEMPT TO IMPOSE PERSONAL LIABILITY FOR SUCH OBLIGATION.

### Past Payments Breakdown

| | Paid Last Month | Paid Year to Date |
|---|---|---|
| Principal | $1,121.70 | $10,361.84 |
| Interest | $1,009.09 | $9,163.94 |
| Escrow (Taxes and Insurance) | $973.23 | $7,913.07 |
| Fees** | $0.00 | $0.00 |
| Late Charges | $0.00 | $0.00 |
| Partial Payment Unapplied* | $0.00 | $0.00 |
| Total | $3,104.02 | $27,438.85 |

*Partial Payments: Any funds received that are less than a full periodic payment may be applied to your account, promptly returned to you, or held in a non-interest bearing account until enough funds are received to apply to a full periodic payment.
**Amounts listed here will include other/optional products, if applicable.

### Important Messages

NOW is the perfect time to get cash out from your home's equity! Remodel your kitchen or bathroom, build a new addition, consolidate debt, or capitalize on a new investment opportunity. It's your money and your choice!
Call 844-837-4176 or visit FreedomMortgage.com/vetscash to get started.

**This balance represents the known Amount Due as of the printing of this statement. If you are delinquent, this balance may not represent full reinstatement of your obligation. Please contact us regarding your up-to-date reinstatement balance at 855-690-5900.

Additional information is provided on the back of the statement.

DETACH AND RETURN BOTTOM PORTION WITH YOUR PAYMENT



**FREEDOM MORTGAGE**

LOAN NUMBER:    0147871602    ROBERT ANGELI

*Your payment is scheduled to automatically draft from your bank account. This bill is for informational purposes only.*

### Amount Due

| | |
|---|---|
| Due By 10/01/24: | $3,047.62 |
| *$121.90 late fee will be charged after 10/16/24* | |
| Additional Principal | $ . |
| Additional Escrow | $ . |
| Late Charge | $ . |

To change mailing address and/or contact information, check here and complete form on back. ☐

Internet Reprint

# EXHIBIT "E"

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 7 |
| | : | |
| RITA M. MELVIN | : | BANKRUPTCY NO. 25-12195 (DJB) |
| a/k/a RITA M. RUSDEN MELVIN | : | |
| a/k/a RITA R. MELVIN | : | |
| | : | |
| **Debtor** | : | |
| | : | |
| | : | |
| CHRISTINE C. SHUBERT, in her | : | |
| capacity as the Chapter 7 Trustee for the | : | |
| Estate of RITA M. MELVIN a/k/a RITA | : | |
| M. RUSDEN MELVIN a/k/a RITA R. | : | |
| MELVIN | : | |
| | : | |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | ADVERSARY NO. 25- |
| | : | |
| ROBERT ANGELI | : | |
| | : | |
| **Defendant** | : | |
| | : | |

DECLARATION OF CHRISTINE C. SHUBERT, CHAPTER 7 TRUSTEE,
IN SUPPORT OF COMPLAINT OF CHRISTINE C. SHUBERT, CHAPTER 7
TRUSTEE, TO AVOID AND RECOVER FRAUDULENT TRANSFERS
PURSUANT TO 11 U.S.C. §§ 548 AND 550

The undersigned hereby swears and affirms pursuant to 28 U.S.C. § 1746 that the following

information is true and correct to the best of her knowledge, information and belief:

1.    I am the Chapter 7 Trustee of the above-referenced bankruptcy estate.

2.    On September 10, 2025, I filed the Complaint of Christine C. Shubert, Chapter 7

Trustee, to Avoid and Recover Fraudulent Transfers Pursuant to 11 U.S.C. §§ 548 and 550 (the

"Complaint").

3.    I reviewed the Complaint prior its filing with the Court.

4.    All of the facts and averments set forth in the Complaint are true and correct and I offer these facts and averments in support of the relief sought in the Complaint.

5.    I declare under penalty of perjury that the foregoing is true and correct.

/s/ Christine C. Shubert
Christine C. Shubert,
Chapter 7 Trustee

Dated: September 10, 2025